AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

LOLA B. THORPE, individually and on behalf of all others similarly situated,

V.

ZIMMER, INC., ZIMMER HOLDINGS, INC. and ZIMMER US, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3888

TO: (Name and address of Defendant)

Zimmer Holdings, Inc.
345 East Main Street
Warsaw, IN 46581
Kosciusko County

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PARKER WAICHMAN ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: APR 2 4 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-20-08 |
| NAME OF SERVER (PRINT) Mike Mulligan | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
C/O Kerri Bibler, receptionist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00  60- . paid |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-20-08
_____
Date

Signature of Server

Kosciusko Co. Sheriff's Dept
221 W. Main St. Warsaw, IN. 46580
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.