UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOLA B. THORPE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER US, INC.,<br><br>       Defendants. | No. 1:08-cv-03888-CM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as attorneys of record for Defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer US, Inc.

Dated: June 23, 2008
   New York, New York

          Respectfully submitted,

         **JONES DAY**

         By: / s / Todd R. Geremia
           Theodore M. Grossman (TG-4572)
           North Point
           901 Lakeside Avenue
           Cleveland, Ohio  44114-1190
           Phone:  (216) 586-3939

           Todd R. Geremia  (TG-4454)
           222 East 41st Street
           New York, New York 10019
           Phone:  (212) 326-3939

           *Attorneys for Defendants,*
           *Zimmer Inc., Zimmer Holdings, Inc., and*
           *Zimmer US, Inc.*

**CERTIFICATE OF SERVICE**

I certify that counsel of record for the Plaintiff have been served with a copy of the foregoing NOTICE OF APPEARANCE on June 23, 2008 through the Court's CM / ECF system.

/ s / Todd R. Geremia
Todd R. Geremia