UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOLA B. THORPE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER U.S., INC.,<br><br>                    Defendants. | No. 1:08-cv-03888-CM |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants state as follows:

    Defendant Zimmer Holdings, Inc. is a publicly held corporation. No publicly held corporation owns 10% or more of Zimmer Holdings, Inc.'s stock.

    Defendants, Zimmer, Inc. and Zimmer US, Inc. are wholly owned subsidiaries of Zimmer Holdings, Inc. No other publicly held corporation owns 10% or more of Zimmer, Inc.'s stock or Zimmer US, Inc.'s stock.

Dated: June 24, 2008
       New York, New York

                                    Respectfully submitted,

                                    **JONES DAY**

                                    By:    / s / Todd R. Geremia
                                          Theodore M. Grossman (TG-4572)
                                          North Point
                                          901 Lakeside Avenue
                                          Cleveland, Ohio  44114-1190

                                          Todd R. Geremia  (TG-4454)
                                          222 East 41st Street
                                          New York, New York 10019

                                          *Attorneys for Defendants, Zimmer Inc.,*
                                          *Zimmer Holdings, Inc., and Zimmer US, Inc.*

**CERTIFICATE OF SERVICE**

I certify that counsel of record for the Plaintiff have been served with a copy of the foregoing DEFENDANTS' CORPORATE DISCLOSURE STATEMENT on June 24, 2008 through the Court's CM / ECF system.

         / s / Todd R. Geremia
    Todd R. Geremia