*McMahon, J.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LOLA B. THORPE, individually and on behalf
of all others similarly situated.

                Plaintiff,

    -against-

ZIMMER, INC.; ZIMMER HOLDINGS,
INC.; and ZIMMER US, INC.

               Defendants.

No. 1:08-cv-03888-CM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/08
```

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Lola B.

Thorpe, and Defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer US, Inc., that the

time for Defendants to answer, move with respect to, or otherwise respond to the Complaint is

extended to and including thirty days after the Judicial Panel on Multidistrict Litigation issues a

ruling on a pending motion for transfer and consolidation of this action to the Northern District

of California pursuant to 28 U.S.C. § 1407, in MDL No. 1973—*IN RE:  Hip and Knee Implant*

*Marketing Litigation.*

**PARKER WAICHMAN ALONSO, LLP**

By:_____
   Jerold S. Parker (JP-6865)
   Andres F. Alonso (AA-8307)
   David B. Krangle (DK-8085)
   111 Great Neck Road, 1st Floor
   Great Neck, New York 11021-5402
   Phone: (516) 466-6500

**JONES DAY**

By:_____
   Theodore M. Grossman (TG-4572)
   Todd R. Geremia  (TG-4454)
   222 East 41st Street
   New York, New York 10019
   Phone:  (212) 326-3939

*Attorneys for Defendants.*
*Zimmer Inc.; Zimmer Holdings, Inc., and*
*Zimmer U.S., Inc.*

**COTCHETTE, PITRE & MCCARTHY**
    Joseph W. Cotchett (JC-7420)
    Steven N. Williams (SW-6198)
    Stuart G. Gross (SG-4435)

*Attorneys for Plaintiff,*
*Lola B. Thorpe*

SO ORDERED:

_____
U.S. District Judge Colleen McMahon

Dated: 6/24/08

-2-