```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOLA B. THORPE, individually and on behalf of
all other similarly situation,

                Plaintiff,

-v-

ZIMMER, INC.; ZIMMER HOLDINGS, INC.;
and ZIMMER US, INC.,

                Defendants.

08 Civ. 3888 (CM)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Steven N. Williams attorney for Plaintiff, Lola B. Thorpe, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> FRANK MARIO PITRE
> Cotchett, Pitre & McCarthy
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
> Telephone: (650) 697-6000
> Facsimile: (650) 697-0577
> Email: fpitre@cpmlegal.com

is admitted to practice pro hac vice as counsel for Plaintiff, Lola B. Thorpe, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 4, 2008

City, State: New York, New York

HONORABLE COLLEEN MCMAHON
United States District Judge