UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lola B. Thorpe,

                Plaintiff(s),                     08 Civ. 3888 (CM) (FM)

     -against-                              CALENDAR NOTICE

Zimmer, Inc., et al,
                Defendant(s).
-----------------------------------------------------------X

     Please take notice that the above captioned matter has been **re-scheduled** for:

___ Pre-trial Conference     ___ Status Conference     ___ Oral argument
___ Settlement conference   ___ Plea Hearing          (Bankruptcy Appeal)
✓ Rule (16) conference      ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial            ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, October 3, 2008 at 11:15 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 4, 2008
         New York, New York

                                          So Ordered

                                          _____
                                          Colleen McMahon, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/4/08
```